IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI J. BALLARD, | ) |
| Plaintiff, | ) Case No. 1:05-0045 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| JO ANNE BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss for Lack of Prosecution (Doc. No. 19), to which Plaintiff has not responded. Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 20). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Defendant's motion and DISMISSES the above-styled action for failure to prosecute and to obey Court orders. This Order terminates this Court's jurisdiction over the above-styled action.

It is so ORDERED.

Entered this the 15th day of March, 2006.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT